IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ROBBIE DOTSON )
)
v. ) CV 210-17
)
MIDLAND CREDIT MANAGEMENT, INC. )
)
)
)

## ORDER

The Court has been notified by the parties that the above captioned case has been settled.

Accordingly, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty days of the date this order is entered, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement. If the parties fail to file a dismissal judgment as described above, the Court will dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

**SO ORDERED**, this 10 day of March, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA