**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **ROBBIE DOTSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:10-cv-00017-LGW-JEG** |
| **MIDLAND CREDIT MANAGEMENT INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** plaintiff Robbie Dotson ("Plaintiff") and defendant Midland Credit Management, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

Respectfully submitted,

s/ W. Douglas Adams
W. Douglas Adams
Georgia Bar No. 004650
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
Telephone:  (912) 265-1966
wdadams@wdalw.biz

Attorney for Plaintiff
ROBBIE DOTSON

1916230 v1

s/ R. Frank Springfield
Hugh Peterson III
Georgia Bar No. 574212
**McNATT, GREENE AND PETERSON**
P.O. Drawer 1168
602 Church Street
Vidalia, Georgia 30475
Telephone: (912) 537-9343
hpeterson@mcnattandgreene.com

R. Frank Springfield
Georgia Bar No. 316045
**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.